UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA-KEBBIA WILSON and CHARLES SMITH,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　　　Defendants. | Case No.  1:19-cv-01658-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER**<br><br>(Doc. 41) |

On September 3, 2021, the parties filed a stipulation for a 120-extension of the remaining deadlines in the Scheduling Order. (Doc. 41.) The parties explain that they have undertaken preliminary written discovery. However, the pandemic has delayed depositions in this action as the parties believe that depositions will be more beneficial in person. The parties further explain that the City still has significant restrictions on the interactions between employees and outside counsel. Additionally, the parties note that there is a related writ for administrative mandamus involving Plaintiff Wilson and the City proceeding in state court. All parties reportedly believe that a 120-day extension of the remaining deadlines will assist in completing discovery, retaining experts, conducting settlement discussions, and preparing for trial. (*Id.* at 2.)

Having considered the parties' stipulation, and good cause appearing, the request to extend the remaining deadlines in the Scheduling Order is GRANTED. The Scheduling Order is

1  HEREBY MODIFIED as follows:

2      Expert Disclosure:                            06/01/2022

3      Supplemental Expert Disclosure:     06/22/2022

4      Non-Expert Discovery Cutoff:        05/13/2022

5      Expert Discovery Cutoff:               07/22/2022

6      Pretrial Motion Filing Deadline:     08/12/2022

7      Pretrial Conference:                     01/09/2023
8                                                        1:30 p.m.
                                                      Courtroom 5 (DAD)

9

10  IT IS SO ORDERED.

11     Dated:   **September 7, 2021**          /s/ *Barbara A. McAuliffe*
12                                                        UNITED STATES MAGISTRATE JUDGE