1  Douglas T. Sloan, City Attorney (State Bar #194996)
2  Tina Griffin, Chief Assistant City Attorney (State Bar #210328)
   **CITY OF FRESNO**
3  2600 Fresno Street, Room 2031
   Fresno, California 93721-3602
4
   **BETTS & RUBIN, A Professional Corporation**
5  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
6  Telephone: (559) 438-8500
   Facsimile:   (559) 438-6959
7  James B. Betts (State Bar #110222)
   Joseph D. Rubin (State Bar #149920)
8  Attorneys for Defendants CITY OF FRESNO

9                  UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| LA-KEBBIA WILSON and CHARLES SMITH, | Case No. 1:19-cv-01658-DAD-BAM |
| Plaintiffs, | STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; AND ORDER |
| vs. | |
| CITY OF FRESNO, HOWARD LACY, JEFFREY CARDELL, JENNIFER CLARK, KELLI FURTADO, TIMOTHY BURNS, KEVIN WATKINS, ANDREIA CUEVAS, DEL ESTABROOKE, and DOES 1 to 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. This litigation involves an employment discrimination/civil rights action against the City of Fresno and one of its employees based upon multiple alleged adverse employment actions.

2. The Scheduling Conference Order in this matter was filed on November 5, 2020 (Document No. 38). An Amended Scheduling Order was filed on September 7, 2021 (Document No. 42). No trial date has been set.

3. The parties have undertaken preliminary written discovery and have produced over 9,000 pages of documents. The pandemic has significantly delayed depositions in this matter. All parties have put off depositions with the belief that the depositions will be more beneficial in this type of litigation if they are in person.

4. In addition, there was a related writ for administrative mandamus involving Plaintiff Wilson and the City. Judgment was entered on August 30, 2021, and the last order was entered on December 9, 2021. Thereafter, the Civil Service Board issued its decision on remand on January 28, 2022. Plaintiff Wilson returned to work on February 1, 2022. The parties have been working on Wilson's transition back to employment.

5. Counsel for the City is in the process of moving its law office as the building has been sold and is in escrow.

6. All parties believe that a 120-day extension on the remaining deadlines in the Scheduling Conference Order would greatly assist the parties in completing discovery, retaining experts, having further settlement discussions and preparing for trial. Thus, the parties propose

the following dates:

|  | Current Date | New Date |
|---|---|---|
| Expert Disclosure: | 06/01/2022 | 09/29/2022 |
| Supplemental Expert Disclosure: | 06/22/2022 | 10/20/2022 |
| Non-Expert Discovery Cutoff: | 05/13/2022 | 09/09/2022 |
| Expert Discovery Cutoff: | 07/22/2022 | 11/18/2022 |
| Pretrial Motion Filing Deadline: | 08/12/2022 | 12/09/2022 |
| Pretrial Conference: | 01/09/2023 | 05/08/2023 |

7. Thus, it is respectfully requested that the remaining deadlines in the Scheduling Conference Order be modified by 120-days.

Dated: March 25, 2022         BETTS & RUBIN

                              By   /s/ Joseph D. Rubin
                                   Joseph D. Rubin
                              Attorneys for Defendant CITY OF FRESNO

Dated: March 25, 2022         GOYETTE & ASSOCIATES, INC.

                              By   /s/ Gary Goyette
                                   Gary Goyette
                              Attorneys for Plaintiffs LaKEBBIA WILSON and
                              CHARLES SMITH

Dated: March 25, 2022         BRUCE J. BERGER LAW FIRM, INC.

                              By   /s/ Bruce Berger
                                   Bruce Berger
                              Attorneys for Defendant HOWARD LACY

– 3 –

# O R D E R

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

8.  The Scheduling Order will be modified in the following manner:

| | |
|---|---|
| Expert Disclosure: | 09/29/2022 |
| Supplemental Expert Disclosure: | 10/20/2022 |
| Non-Expert Discovery Cutoff: | 09/09/2022 |
| Expert Discovery Cutoff: | 11/18/2022 |
| Pretrial Motion Filing Deadline: | 12/09/2022 |
| Pretrial Conference: | 05/08/2023 at 1:30 |

IT IS SO ORDERED.

Dated:  **March 25, 2022**              /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE