Bruce J. Berger, SBN 133320
Joshua D. Milton, SBN 324982
**BRUCE J. BERGER LAW FIRM, INC.**
2147 Herndon Avenue
Suite 103
Clovis, California 93611
Voice: (559) 326-7914
FAX:   (559) 533-0428
Email: bruceb@bjbergerlaw.com; joshuam@bjbergerlaw.com

Attorneys for Defendant Howard Lacy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| LA-KEBBIA WILSON and CHARLES SMITH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF FRESNO, HOWARD LACY, ) <br> JEFFREY CARDELL, JENNIFER CLARK, ) <br> KELLI FURTADO, TIMOTHY BURNS, KEVIN ) <br> WATKINS, ANDREIA CUEVAS, DEL ) <br> ESTABROOKE, and DOES 1 through 100, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No: 1:19-CV-01658-DAD-BAM <br><br> **STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record:

    1.    The Scheduling Conference Order in this matter was filed on November 5, 2020 (Document No. 38). Amended Scheduling Orders were filed on September 7, 2021 (Document No. 42), and March 25, 2022 (Document No. 45). No trial date has been set.

    2.    The parties are in the midst of written discovery and are scheduled for an informal discovery dispute conference with Magistrate Judge Barbara A. McAuliffe on August 17, 2022.

    3.    The parties have scheduled numerous depositions for August and September 2022 and have narrowed dates for those depositions not yet scheduled. Defendant Howard Lacy's deposition is among those not yet scheduled, as Defendant Lacy is undergoing treatment for a

---

1

Wilson, et al. v. City of Fresno, et al.
Eastern District of California, Fresno Division Case No.: 1:19-CV-01658-DAD-BAM
**Stipulation to Amend Scheduling Order; Order**

medical condition that may require surgery soon and has been advised by his physician to avoid involvement with work-related legal matters/investigations due to his current medical condition, testing and treatment until after September 30, 2022.

4.  All parties believe a 90-day extension on the remaining deadlines in the current Scheduling Conference Order is necessary for the parties to complete discovery and propose these dates:

|                                   | Current Date | New Date   |
|-----------------------------------|--------------|------------|
| Expert Disclosure:                | 09/29/2022   | 12/28/2022 |
| Supplemental Expert Disclosure:   | 10/20/2022   | 01/18/2023 |
| Non-Expert Discovery Cutoff:      | 09/09/2022   | 12/08/2022 |
| Expert Discovery Cutoff:          | 11/18/2022   | 02/16/2023 |
| Pretrial Motion Filing Deadline:  | 12/09/2022   | 03/09/2023 |
| Pretrial Conference:              | 05/08/2023   | 08/07/2023 |

5.  Based on the foregoing, the parties respectfully request that the remaining deadlines in the current Scheduling Order be extended ninety (90) days.

Dated: August 17, 2022          BRUCE J. BERGER LAW FIRM, INC.


                                By     /s/ Bruce J. Berger
                                       Bruce J. Berger
                                       Attorneys for Defendant HOWARD LACY

Dated: August 17, 2022          GOYETTE LAW WEST APC


                                By     /s/ Gary G. Goyette
                                       Gary G. Goyette
                                       Attorneys for Plaintiffs LA-KEBBIA WILSON and CHARLES SMITH

Dated: August 17, 2022          BETTS & RUBIN


                                By     /s/ Joseph D. Rubin
                                       Joseph D. Rubin
                                       Attorneys for Defendant CITY OF FRESNO

---

2

**ORDER**

Having considered the parties' stipulation, along with the representations of the parties during the informal discovery dispute conference held on August 17, 2022, the Court finds good cause to modify the Scheduling Order.  The parties have indicated that additional time is necessary to complete not only the deposition of Defendant Lacy, but also other depositions and non-expert fact discovery.  Accordingly, IT IS HEREBY ORDERED that the Scheduling Order is modified in the following manner:

| | |
|---|---|
| Expert Disclosure: | 12/28/2022 |
| Supplemental Expert Disclosure: | 01/18/2023 |
| Non-Expert Discovery Cutoff: | 12/08/2022 |
| Expert Discovery Cutoff: | 02/16/2023 |
| Pretrial Motion Filing Deadline: | 03/09/2023 |
| Pretrial Conference: | 08/07/2023, 1:30 p.m., Courtroom 5 (DAD) |

IT IS SO ORDERED.

Dated:   **August 17, 2022**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

3

Wilson, et al. v. City of Fresno, et al.
Eastern District of California, Fresno Division Case No.: 1:19-CV-01658-DAD-BAM
**Stipulation to Amend Scheduling Order; Order**