Whitney, Thompson & Jeffcoach LLP
Joseph D Rubin, #149920
  *jrubin@wtjlaw.com*
James B Betts, #110222
  *jbetts@wtjlaw.com*
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:    (559) 753-2560

Attorneys for Defendant City of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| LA-KEBBIA WILSON and CHARLES SMITH,<br><br>             Plaintiffs,<br><br>     v.<br><br>CITY OF FRESNO, HOWARD LACY and DOES 1 to 100, inclusive,<br><br>             Defendant. | Case No. 1:19-CV-01658-ADA-BAM<br><br>STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; AND ORDER THEREON |
|---|---|

115.101 05833056.000              1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. This litigation involves an employment discrimination/civil rights action against the City of Fresno and one of its employees based upon multiple alleged adverse employment actions.

2. The Scheduling Conference Order in this matter was filed on November 5, 2020 (Document No. 38).  The last Amendment to the Scheduling Order was filed on August 8, 2022 (Document No. 54).  No trial date has been set.

3. The parties have completed discovery.

4. There is presently a related hearing (**for a termination appeal by Plaintiff La-Kebbia Wilson**) before the Fresno Civil Service Board on March 29 and 30, 2023.

5. The parties desire to continue the remaining deadlines in the matter and to stay the administrative proceeding in order to participate in a mediation to determine if a global resolution can be achieved.

6. In addition, counsel for the City currently has a trial set in Hecker v. City of Fresno, Fresno County Superior Court Case No. 18CECG01593 (estimated three weeks commencing March 6, 2023).

7. All parties believe that a 120-day extension on the remaining deadlines in the Scheduling Conference Order would greatly assist the parties in having further settlement discussions and preparing for trial.  Thus, the parties propose the following dates:

|  | Current Date | New Date |
|---|---|---|
| Pretrial Motion Filing Deadline: | 03/09/2023 | 07/07/2023 |
| Pretrial Conference: | 08/07/2023 | 12/04/2023 |

////

////

8. Thus, it is respectfully requested that the remaining deadlines in the Scheduling Conference Order be modified by 120-days.

Dated: February 16, 2023  BETTS & RUBIN

By  /s/ Joseph D. Rubin
    Joseph D. Rubin
Attorneys for Defendant CITY OF FRESNO

Dated: February 16, 2023  GOYETTE & ASSOCIATES, INC.

By  /s/ Gary Goyette
    Gary Goyette
Attorneys for Plaintiffs LaKEBBIA WILSON and CHARLES SMITH

Dated: February 16, 2023  BRUCE J. BERGER LAW FIRM, INC.

By  /s/ Bruce Berger
    Bruce Berger
Attorneys for Defendant HOWARD LACY

**ORDER**

Based upon the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Scheduling Order is modified in the following manner:

    Pretrial Motion Filing Deadline:  **July 7, 2023**

    Pretrial Conference:  **December 4, 2023 at 1:30 PM**

        **Courtroom 1 (ADA) before Judge Ana de Alba**

The Court will not grant further continuances, absent good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated:  **February 16, 2023**   /s/ *Barbara A. McAuliffe*
        UNITED STATES MAGISTRATE JUDGE

115.101 05833056.000                4