1  Whitney, Thompson & Jeffcoach LLP
   Joseph D Rubin, #149920
2    *jrubin@wtjlaw.com*
   James B Betts, #110222
3    *jbetts@wtjlaw.com*
   970 W. Alluvial Ave.
4  Fresno, California 93711
   Telephone:    (559) 753-2550
5  Facsimile:    (559) 753-2560

6  Attorneys for Defendant City of Fresno

7

8                   UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | LA-KEBBIA WILSON and CHARLES SMITH, | Case No. 1:19-CV-01658-ADA-BAM |
|---|---|---|
| 12 | | STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; AND ORDER THEREON |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | CITY OF FRESNO, HOWARD LACY and DOES 1 to 100, inclusive, | |
| 16 | Defendant. | |

17

18    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their

19  respective counsel of record, as follows:

20    1.    This litigation involves a myriad of claims under FEHA, Title VII, 42 U.S.C.

21  Section 1983 and common law by two employees against the City of Fresno and one of its

22  employees based upon multiple alleged adverse employment actions.

23

24    2.    The Scheduling Conference Order in this matter was filed on November 5, 2020

25  (Document No. 38).  The last Amendment to the Scheduling Order was filed on February 16, 2023

26  (Document No. 60).  No trial date has been set.

27    3.    The parties have completed discovery.

28

115.101 05892651.000                           1

4.	In conjunction with the last modification of the Scheduling Order, the parties agreed to take part in mediation in an effort to reach a global settlement involving the present litigation; Plaintiff Wilson's appeal of an Order of Termination before the City of Fresno's Civil Service Board ("CSB"); and threatened further litigation.  As a result, the parties vacated the hearing before the CSB that was scheduled for March 29 and 30, 2023.

5.	The parties participated in a full day mediation before Retired Judge Alan Simpson on May 15, 2023.  The matter was considered by Fresno City Council on May 25, 2023.

6.	The parties were unable to achieve a global resolution.  The parties further believe that the CSB's determination on the pending appeal will likely impact the pending federal lawsuit in terms of damages, issues to be adjudicated in pretrial motions, and the possibility of the parties' changing settlement positions.  As such, the parties desire an opportunity for the CSB matter to go forward.

7.	The next meeting of the CSB is in July, 2023.  The parties have requested the CSB to conduct a scheduling conference on July 25, 2023 or August 21, 2023 for the purpose of setting a two-day hearing.

8.	In addition, counsel for the City currently has a trial specially set in <u>Hecker v. City of Fresno</u>, Fresno County Superior Court Case No. 18CECG01593 (estimated three weeks commencing July 3, 2023); an arbitration set in <u>Pantages v. City of Fresno</u> (two days commencing August 15, 2023); and trial set in <u>Phillips v. City of Fresno</u> (estimated 2-3 weeks commencing on October 17, 2023).

9.	Counsel for the City of Fresno is also attempting to clear time for recommended back surgery (six-ten week recovery).  He currently has a second opinion scheduled in Los Angeles on June 20, 2023.

////

1       10.     All parties believe that a 150-day extension on the remaining deadlines in the Scheduling Conference Order would greatly assist the parties in allowing the CSB matter to proceed, having further settlement discussions and preparing for trial.  It will also allow the parties additional time to meet and confer on dispositive motions and attempt to agree on a joint statement of undisputed facts.  Thus, the parties propose the following dates:

|  | Current Date | New Date |
|---|---|---|
| Pretrial Motion Filing Deadline: | 07/07/2023 | 12/04/2023 |
| Pretrial Conference: | 12/04/2023 | 05/02/2024 |

11.     Thus, it is respectfully requested that the remaining deadlines in the Scheduling Conference Order be modified by 150-days.

Dated: June 14, 2023                        BETTS & RUBIN

                                            By  /s/ Joseph D. Rubin
                                                    Joseph D. Rubin
                                            Attorneys for Defendant CITY OF FRESNO


Dated: June 14, 2023                        GOYETTE & ASSOCIATES, INC.


                                            By  /s/ Gary Goyette
                                                    Gary Goyette
                                            Attorneys for Plaintiffs La-KEBBIA WILSON and CHARLES SMITH


Dated: June 14, 2023                        BRUCE J. BERGER LAW FIRM, INC.


                                            By  /s/ Bruce Berger
                                                    Bruce Berger
                                            Attorneys for Defendant HOWARD LACY

WHITNEY
THOMPSON &
JEFFCOACH

115.101 05892651.000                        3

O R D E R

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Scheduling Order will be modified in the following manner:

Pretrial Motion Filing Deadline:   12/04/2023
Pretrial Conference:   **05/06/2024** at 1:30 p.m. in Courtroom 1 (ADA)

IT IS SO ORDERED.

Dated:   **June 14, 2023**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE