1  Whitney, Thompson & Jeffcoach LLP
   Joseph D Rubin, #149920
2    *jrubin@wtjlaw.com*
   Mandy L. Jeffcoach, #232313
3    *mjeffcoach@wtjlaw.com*
   970 W. Alluvial Ave.
4  Fresno, California 93711
   Telephone:     (559) 753-2550
5  Facsimile:     (559) 753-2560

6  Attorneys for Defendant City of Fresno

7

8                         UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| LA-KEBBIA WILSON and CHARLES SMITH, | Case No. 1:19-CV-01658-ADA-BAM |
|---|---|
| Plaintiffs, | STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; AND ORDER THEREON |
| v. | **Dispositive Motion Deadline:** March 4, 2024 |
| CITY OF FRESNO, HOWARD LACY and DOES 1 to 100, inclusive, | **Pretrial Conference:**        August 5, 2024 |
| | 1:30 PM |
| Defendant. | Courtroom 1 (ADA) |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

   1.     This litigation involves a myriad of claims under FEHA, Title VII, 42 U.S.C. Section 1983 and common law by two employees against the City of Fresno and one of its employees based upon multiple alleged adverse employment actions.

   2.     The Scheduling Conference Order in this matter was filed on November 5, 2020 (Document No. 38).  The last Amendment to the Scheduling Order was filed on June 14, 2023 (Document No. 62).  No trial date has been set.

   3.     The parties have completed discovery.

115.101 05968184.000                      1

4. In conjunction with the previous modification of the Scheduling Order, the parties agreed to take part in mediation in an effort to reach a global settlement involving the present litigation; Plaintiff Wilson's appeal of an Order of Termination before the City of Fresno's Civil Service Board ("CSB"); and threatened further litigation. As a result, the parties vacated the hearing before the CSB that was scheduled for March 29 and 30, 2023.

5. The parties participated in a full day mediation before Retired Judge Alan Simpson on May 15, 2023. The matter was considered by Fresno City Council on May 25, 2023.

6. The parties were unable to achieve a global resolution. As indicated in the previous stipulation (Document No. 62), the parties further believe that the CSB's determination on the pending appeal will likely impact the pending federal lawsuit in terms of damages, issues to be adjudicated in pretrial motions, and the possibility of the parties' changing settlement positions. As such, the parties desire an opportunity for the CSB matter to go forward.

7. Plaintiff's counsel in the administrative appeal had an emergency such that the scheduling conference before the CSB could not go forward on August 21, 2023. The next meeting of the CSB was on October 11, 2023. The CSB set the hearing on Plaintiff's appeal of the order of termination for January 16-17, 2024.

8. Joseph Rubin, counsel for the City of Fresno, had back surgery on September 7, 2023. He is still on a modified schedule and has not been released to return to a full schedule.

9. In addition, prior trial counsel for the City, James Betts, retired on August 31, 2023. New counsel, Mandy Jeffcoach, is in the process of getting up to speed. Further, counsel for the City has a trial specially set in <u>Flores v. City of Fresno</u>, Fresno County Superior Court Case No. 19CECG00219 (estimated two weeks) commencing December 4, 2023.

10. All parties believe that a 90-day extension on the remaining deadlines in the Scheduling Conference Order would greatly assist the parties in allowing the CSB matter to

proceed, having further settlement discussions and preparing for trial. It will also allow the parties additional time to meet and confer on dispositive motions and attempt to agree on a joint statement of undisputed facts. Thus, the parties propose the following dates:

|  | Current Date | New Date |
|---|---|---|
| Pretrial Motion Filing Deadline: | 12/04/2023 | 03/04/2024 |
| Pretrial Conference: | 05/02/2024 | 08/01/2024 |

11. Thus, it is respectfully requested that the remaining deadlines in the Scheduling Conference Order be modified by 90-days.

Dated: November 7, 2023                     BETTS & RUBIN

By  /s/ Joseph D. Rubin
       Joseph D. Rubin
Attorneys for Defendant CITY OF FRESNO

Dated: November 7, 2023                     GOYETTE & ASSOCIATES, INC.

By  /s/ Gary Goyette
       Gary Goyette
Attorneys for Plaintiffs La-KEBBIA WILSON and CHARLES SMITH

Dated: November 7, 2023                     BRUCE J. BERGER LAW FIRM, INC.

By  /s/ Bruce Berger
       Bruce Berger
Attorneys for Defendant HOWARD LACY

# ORDER

Pursuant to the parties' Stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Scheduling Order will be modified in the following manner:

**Pretrial Dispositive Motion Filing Deadline:** March 4, 2024

**Pretrial Conference:** August 5, 2024, at 1:30 p.m. in Courtroom 1 (ADA)

IT IS SO ORDERED.

Dated: __November 7, 2023__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE