Whitney, Thompson & Jeffcoach LLP
Joseph D Rubin, #149920
 jrubin@wtjlaw.com
Mandy L. Jeffcoach, #232313
 mjeffcoach@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:   (559) 753-2560

Attorneys for Defendant City of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LA-KEBBIA WILSON and CHARLES SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, HOWARD LACY and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. 1:19-CV-01658-ADA-NODJ<br><br>**STIPULATION TO AMEND THE PRETRIAL DISPOSITIVE MOTION FILING DEADLINE AND SET THE BRIEFING SCHEDULE FOR MSJs; AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. This litigation involves a myriad of claims under FEHA, Title VII, 42 U.S.C. Section 1983 and common law by two employees against the City of Fresno and one of its employees based upon multiple alleged adverse employment actions.

2. The Scheduling Conference Order in this matter was filed on November 5, 2020 (Document No. 38). The last Amendment to the Scheduling Order was stipulated to between the parties and Ordered by the Court on November 7, 2023 (Document No. 64), setting the Pretrial Dispositive Motion Filing Deadline for March 4, 2024.

3. Recently Plaintiffs' attorney Gary Goyette inquired, and Bruce Berger, the attorney

115.86 06031148.000                    1

for Defendant Howard Lacy, responded to report that both Defendants intend to file motions for summary judgment (MSJs). The parties have conferred and all parties believe that a small continuance to the Pretrial Dispositive Motion Filing Deadline to allow for a hearing on the MSJs in mid-April, and the associated briefing schedule specified herein would greatly assist the parties in this last pre-trial step in the litigation.  Thus, the parties propose the following dates:

|  | Current Date | New Date |
|---|---|---|
| Pretrial Motion Filing Deadline: | 3/04/2023 | 03/18/2024 |
| Hearing on the MSJs: | None Set | 04/24/2024 |
| Oppositions to MSJs due: | None Set | 04/02/2024 |
| Reply briefs for MSJs due: | None Set | 04/12/2024 |

4. Thus, it is respectfully requested that these dates for the filing of Defendants' MSJs and the listed hearing date and briefing schedule be approved and ordered by the Court.

Dated: February 29, 2024                BETTS & RUBIN

                                        By  /s/ Joseph D. Rubin
                                                Joseph D. Rubin
                                        Attorneys for Defendant CITY OF FRESNO


Dated: February 29, 2024                GOYETTE LAW WEST, APC


                                        By  /s/ Gary Goyette
                                                Gary Goyette
                                        Attorneys for Plaintiffs La-KEBBIA WILSON and CHARLES SMITH


Dated: February 29, 2024                BRUCE J. BERGER LAW FIRM, INC.


                                        By  /s/ Bruce Berger
                                                Bruce Berger
                                        Attorneys for Defendant HOWARD LACY

115.86 06031148.000                             2

# ORDER

On February 23, 2024, the parties filed a Stipulation to Amend the Pretrial Dispositive Motion Filing Deadline and Set the Briefing Schedule for MSJs, requesting the Court extend the pretrial motion filing deadline from March 4, 2024, to March 18, 2024, and set briefing dates including: oppositions (April 2, 2024), reply briefs (April 12, 2024), and a hearing on the motions (April 24, 2024).  (Doc. 66.)  The Court denied that request without prejudice as to the parties refiling a stipulation demonstrating good cause for such amendment.  (Doc. 67)

On February 28, 2024, the parties refiled the stipulation with declaration from Plaintiffs' counsel and Defendant City of Fresno's counsel.  (Doc. 68.)  In the declarations, Plaintiffs' counsel notes that he is working to resolve another large class action settlement, which should be completed in mid-March 2024.  (*Id.* at 5.)  Defendant City of Fresno's counsel notes that a Civil Service Board ruling impacting Plaintiffs will be issued on March 5, 2024 or March 6, 2024.  (*Id.* at 6-7.)  Defendant City of Fresno's counsel further notes that the additional time will allow the parties to meet and confer to narrow the issues to be adjudicated.  (*Id.* at 7.)

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Order will be modified and the hearing and briefing schedule for Defendants' MSJs be set in the following manner:

| | |
|---|---|
| Pretrial Motion Filing Deadline: | **March 18, 2024** |
| Opposition to Motions for Summary Judgment: | **April 2, 2024** |
| Reply Briefs for Motions for Summary Judgment: | **April 12, 2024** |

No hearing will be set on the motion, as the parties are currently assigned to NODJ.

IT IS SO ORDERED.

Dated: **February 29, 2024**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE