Gary G. Goyette, Esq. – SBN 224715

**GOYETTE LAW WEST APC**

836 57th Street, Suite 552

Sacramento, CA 95819

Telephone: (916) 769-8365

Email: goyetteg@goyettelawwest.com

Attorney for Plaintiffs LA-KEBBIA WILSON and CHARLES SMITH

Kevin Schwin, SBN 262595

**PECK-LAW,** *Employment & Civil Rights*

334 W. Shaw Ave., Suite A

Fresno, CA 93704

T: (559) 715-2889

Email: Kevin@Peck-Law.com

Attorney for Plaintiffs LA-KEBBIA WILSON and CHARLES SMITH

(Counsel for Defendant listed on next page)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LA-KEBBIA WILSON and CHARLES SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO,<br><br>    Defendant. | CASE NO.  1:19-cv-01658-KES-FRS (SAB)<br><br><br>**JOINT STIPULATION ON PRE-TRIAL MOTIONS IN LIMINE AND EXHIBITS; ORDER** |

_____

**PAGE 1**

Whitney, Thompson & Jeffcoach LLP
Joseph D Rubin, #149920
 *jrubin@wtjlaw.com*
Mandy L. Jeffcoach, #232313
 *mjeffcoach@wtjlaw.com*
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:     (559) 753-2550
Facsimile:     (559) 753-2560

Attorneys for Defendant City of Fresno

Pursuant to the Court's Pre-Trial Order, subsection V, which required the parties to meet and confer in advance of filing any motion in limine, the parties met and conferred over the motions in limine each side anticipated filing. While the parties did not agree on stipulating to any of the issues being addressed in the motions prior to the motion filing deadline of December 15, 2025, the parties agreed to meet and confer again, and did so on December 19, 2025.

Based on this second meet and confer, the parties were able to reach agreement on certain issues such that Defendant agrees to withdraw their motions in limine Nos 1, 2, 3, 4, and 15 which were filed on December 15, 2025.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1.    Regarding Defendant's motion in limine No. 1, Plaintiffs and Defendant agree, through their counsel, that counsel for each party will give opposing counsel 24 hours' notice on each trial day of the identify of witnesses he/she intends to call on the following day of trial, AND agree that the Court should exclude witnesses (except Plaintiffs La-Kebbia Wilson and Charles Smith and a City client representative should that representative be identified as a witness) from the courtroom, pursuant to Federal Rules of Evidence, Rule 615. In exchange for these agreements, Defendant asks the Court to consider their motion in limine No. 1 withdrawn.

2.    Regarding Defendant's motion in limine No. 2, Plaintiffs and Defendant agree, through their counsel, that pursuant to Federal Rules of Evidence Rule 411, neither party will argue nor seek to admit into evidence any information concerning the source of funds that may be used to pay any judgment.  This specifically excludes argument and evidence related to insurance, and tax payer dollars. In exchange for this agreement, Defendant asks the Court to consider their motion in limine No. 2 withdrawn.

3.    Regarding Defendant's motion in limine No. 3, Plaintiffs and Defendant agree, through their counsel, that pursuant to Federal Rules of Evidence Rule 408, neither party will argue

_____

nor seek to admit into evidence any offers of settlement made by either side. In exchange for this agreement, Defendant asks the Court to consider their motion in limine No. 3 withdrawn.

4.    Regarding Defendant's motion in limine No. 4, Plaintiffs and Defendant agree, through their counsel, that neither party will refer to, testify about, or introduce any evidence relating to any other lawsuits, but that the parties are free to refer to and/or introduce testimony about or evidence relating to "claims of employment retaliation, discrimination, harassment and/or employee grievances involving the City of Fresno" (as these terms are included in Defendant's motion in limine No. 4). The Parties further specifically agree that any other lawsuits initiated by La-Kebbia Wilson and Howard Lacy concerning harassment, discrimination or retaliation may be admitted into evidence, subject to any relevance, foundation or other objections that may be made and ruled upon by the Court. In exchange for this agreement, Defendant asks the Court to consider their motion in limine No. 4 withdrawn.

5.    Regarding Defendant's motion in limine No. 15, Plaintiffs and Defendant agree, through their counsel, that Plaintiffs will not call their expert witness Vida Thomas to testify at trial. In exchange for this agreement, Defendant asks the Court to consider their motion in limine No. 15 withdrawn.

In addition, pursuant to the Court's Pre-Trial Order, subsection XI, the parties are to exchange exhibits no later than January 27, 2026 and any objections shall be filed no later than February 10, 2026, with the parties providing the final exhibits to the court on February 17, 2026. The parties, during their meet and confer process, agreed that the rulings on some of the motions in limine could eliminate a significant number of exhibits. As such, the parties propose that the Pre-Trial order be amended to provide the parties will exchange exhibits on February 11, 2026 and the parties shall file any objections to the exhibits and submit the exhibits to the Court by February 17, 2026.

Dated:  January 15, 2026                              GOYETTE LAW WEST

                                                     /s/ Gary G. Goyette
                                                     GARY G. GOYETTE, ESQ.
                                                     GOYETTE LAW WEST

                                                     Attorney for Plaintiffs LA-KEBBIA
                                                     WILSON and CHARLES SMITH

_____

**PAGE 3**

Dated:  January 15, 2026                          PECK-LAW, *Employment & Civil Rights*

/s/ Kevin Schwin
KEVIN SCHWIN, ESQ.
PECK-LAW

Attorney for Plaintiffs LA-KEBBIA
WILSON and CHARLES SMITH

Dated:  January 15, 2026                          WHITNEY, THOMPSON &
JEFFCOACH  LLP

/s/ Mandy L. Jeffcoach
JOSEPH D. RUBIN, ESQ.
MANDY L. JEFFCOACH, ESQ.
Attorney for Defendant City of Fresno

_____

**PAGE 4**

**ORDER**

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the agreements between the parties and their counsel described above are acknowledged by the Court, and Defendant's motions in limine Nos. 1, 2, 3, 4 and 15 (Docs. 107, 107-1, 107-2, 107-3, and 107-14) are considered withdrawn by Defendant such that the Court will not hear or rule on these motions.  IT IS FURTHER ORDERED that the Parties and their respective counsel will abide by their Stipulation.

IT IS FURTHER ORDERED that the Pretrial Order (Doc. 106), is amended so that exhibits will be exchanged by the parties on February 11, 2026, any objections to the exhibits shall be filed by February 17, 2026, and the exhibits shall be submitted to the Court by February 17, 2026.

IT IS SO ORDERED.

Dated:    January 15, 2026    

_____
UNITED STATES DISTRICT JUDGE