Gary G. Goyette, Esq. – SBN 224715
**GOYETTE LAW WEST APC**
836 57th Street, Suite 552
Sacramento, CA 95819
Telephone: (916) 769-8365
Email: goyetteg@goyettelawwest.com

Attorney for Plaintiffs LA-KEBBIA WILSON and
CHARLES SMITH

Kevin Schwin, SBN 262595
**PECK-LAW, *Employment & Civil Rights***
334 W. Shaw Ave., Suite A
Fresno, CA 93704
T: (559) 715-2889
Email: Kevin@Peck-Law.com

Attorney for Plaintiffs LA-KEBBIA WILSON and
CHARLES SMITH

(Counsel for Defendant listed on next page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| LA-KEBBIA WILSON and CHARLES SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO,<br><br>Defendant.<br>_____/ | CASE NO.  1:19-cv-01658-KES-FRS<br><br>**STIPULATION REGARDING EXHIBITS; ORDER** |

**STIPULATION REGARDING EXHIBITS; ORDER**
115.101 06458263.000

Whitney, Thompson & Jeffcoach LLP
Joseph D Rubin, #149920
  jrubin@wtjlaw.com
Mandy L. Jeffcoach, #232313
  mjeffcoach@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:     (559) 753-2550
Facsimile:     (559) 753-2560

Attorneys for Defendant City of Fresno

Pursuant to the Court's Pre-Trial Order, the parties previously stipulated and the Court ordered that the Pretrial Order (Doc. 106), is amended so that exhibits will be exchanged by the parties on February 11, 2026, any objections to the exhibits shall be filed by February 17, 2026, and the exhibits shall be submitted to the Court by February 17, 2026. (Doc. 114.)

On February 3, 2026, the Court issued an Order (Doc. 116) continuing the motion in limine hearings from February 4, 2026 to February 17, 2026.

The parties continue to agree that the rulings on some of the motions in limine could eliminate a significant number of exhibits. As such, and in light of February 3, 2026 Order, the parties propose that the Pre-Trial order be further amended to provide the parties will exchange exhibits on February 17, 2026 and the parties shall file any objections to the exhibits and submit the exhibits to the Court by February 20, 2026.

Dated:  February 10, 2026                    GOYETTE LAW WEST

                                             /s/ Gary G. Goyette
                                             GARY G. GOYETTE, ESQ.
                                             GOYETTE LAW WEST
                                             Attorney for Plaintiffs LA-KEBBIA
                                             WILSON and CHARLES SMITH

Dated:  February 10, 2026                    PECK-LAW, *Employment & Civil Rights*

                                             /s/ Kevin Schwin
                                             KEVIN SCHWIN, ESQ.
                                             PECK-LAW
                                             Attorney for Plaintiffs LA-KEBBIA
                                             WILSON and CHARLES SMITH

PAGE 2

**STIPULATION REGARDING EXHIBITS; ORDER**
115.101 06458263.000

Dated:  February 10, 2026

WHITNEY, THOMPSON &
JEFFCOACH  LLP

/s/ Mandy L. Jeffcoach
MANDY L. JEFFCOACH, ESQ.
DEVON R. MCTEER, ESQ.
Attorney for Defendant City of Fresno


O R D E R

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Pretrial Order (Doc. 106), is amended so that exhibits will be exchanged by the parties on February 17, 2026, any objections to the exhibits shall be filed by February 20, 2026, and the exhibits shall be submitted to the Court by February 20, 2026.

The hearing on the parties' motions in limine and the trial confirmation hearing remain, as previously set, on February 13, 2026, at 2:00 p.m.


IT IS SO ORDERED.

Dated:   February 10, 2026   

_____
UNITED STATES DISTRICT JUDGE


**PAGE 3**

**STIPULATION REGARDING EXHIBITS; ORDER**
115.101 06458263.000