**FILED**

**JUDGMENT ENTERED**

<u>March 11, 2026</u>
Date
by: <u>Victoria Gonzales</u>
Deputy Clerk

U.S. District Court
Eastern District of California
<u>  XX  </u>    **CASE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

LA-KEBBIA WILSON ET. AL.,

     Plaintiff,

vs.

CITY OF FRESNO.,

     Defendant.

_____/

    **JUDGMENT IN A CIVIL ACTION**

    1:19-CV-01658-KES-FRS

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried, and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that:

    *JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/11/2026.*

DATED: 3/11/2026

            KEITH HOLLAND, Clerk

            /S/ Victoria Gonzales
By:        Deputy Clerk

jgm.civ
2/18/2025