Whitney, Thompson & Jeffcoach LLP
Mandy Jeffcoach SBN 232313
mjeffcoach@wtjlaw.com
Devon R. McTeer, #230539
dmcteer@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:     (559) 753-2550
Facsimile:     (559) 753-2560

Attorneys for CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LA-KEBBIA WILSON and CHARLES SMITH,<br><br>            Plaintiffs,<br><br>       v.<br><br>CITY OF FRESNO,<br><br>            Defendant. | Case No. 1:19-cv-01658-KES-FRS (SAB)<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

Defendant CITY OF FRESNO ("Defendant") and Plaintiffs LA-KEBBIA WILSON and CHARLES SMITH ("Plaintiffs") by and through their counsel of record, after a meet and confer telephonic conference, enter into the following stipulation to extend the briefing schedule relating to their respective Motions filed on April 8, 2026 as follows:

1.      Trial commenced in this action on February 24, 2026.

2.      On March 11, 2026, the jury returned a verdict in favor of Plaintiffs.

3.      Judgment was entered on March 11, 2026.

4.      On April 8, 2026, the City filed a Motion for New Trial, the hearing which is

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

currently scheduled for June 15, 2026 at 1:30 p.m. in Department 6. The current deadline for Plaintiffs' Opposition to the Motion for New Trial is April 22, 2026.

5. On April 8, 2026, Plaintiffs filed their Motion for Attorneys' Fees. This Motion is currently noticed for hearing on May 11, 2026 at 1:30 p.m. in Department 6. The current deadline for the City's Opposition to the Motion for Attorneys' Fees is April 22, 2026.

6. Given the significant issues involved in the above-referenced Motions, the parties agree that good cause exists to extend the deadlines to file their respective Oppositions and Reply Briefs.

7. As such, the parties stipulate to allow each other an extension of time, to May 20, 2026 to file their respective Oppositions.

8. The parties also stipulate to allow each other an extension of time, to June 3, 2026, to file their respective Reply Briefs.

9. The parties also stipulate that the hearing on Plaintiffs' Motion for Attorneys' Fees shall be extended to June 15, 2026 at 1:30 p.m. in Department 6.

10. This is the first extension of time relating to these Motions sought by the parties to this action.

11. Plaintiffs and the City agree that neither party will be prejudiced by the extensions of the above-referenced deadlines.

12. For the above reasons, Plaintiffs and the City respectfully request the Court grant the present request to modify the briefing schedule as it relates to the respective Motions.

WHITNEY
THOMPSON &
JEFFCOACH

115.101 06499273.000

2

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

Dated:  April 17, 2026                    WHITNEY, THOMPSON & JEFFCOACH LLP


                                          By:    _/s/ Mandy L. Jeffcoach_
                                                    Mandy L. Jeffcoach
                                                    Devon R. McTeer
                                                Attorneys for CITY OF FRESNO

Dated:  April 17, 2026                    GOYETTE LAW WEST APC


                                          By:    _/s/ Gary G. Goyette_
                                                    Gary G. Goyette
                                                 Attorney for Plaintiffs

Dated:  April 17, 2026                    PECK-LAW, Employment & Civil Rights


                                          By:    _/s/ Kevin Schwin_
                                                    Kevin Schwin
                                                 Attorney for Plaintiffs

**ORDER**

Pursuant to the above stipulation and good cause appearing,

IT IS HEREBY ORDERED that:

1.  The hearing on Plaintiffs' Motion for Attorneys' Fees, Doc. 180, currently set for May 11, 2026, is continued to June 15, 2026, at 1:30 p.m. in Courtroom 6.  The City may file any opposition to the motion by May 20, 2026.  Plaintiffs may file any reply by June 3, 2026.

2.  The hearing on the City's Motion for New Trial, Doc. 179, remains set for June 15, 2026.  Plaintiffs may file any opposition to the motion by May 20, 2026.  The City may file any reply by June 3, 2026.

IT IS SO ORDERED.

Dated:    April 17, 2026

_____
UNITED STATES DISTRICT JUDGE

WHITNEY
THOMPSON &
JEFFCOACH

115.101 06499273.000

4

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE